IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALVIN J. LEAVY, JR.,** | CV F 05-00314 REC SMS HC |
| Petitioner, | **ORDER** |
| v. | |
| **R. KIRKLAND,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 14-day enlargement of time, from the current due date, July 25, 2005 to August 8, 2005, within which to file the answer, is hereby GRANTED.

IT IS SO ORDERED.

**Dated:   July 26, 2005**            /s/ Sandra M. Snyder
ah0l4d                               UNITED STATES MAGISTRATE JUDGE