# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN J. LEAVY, JR., | CV F   05-00314 AWI SMS HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COMPLETE COPY OF COURT OF APPEAL'S DECISION DATED, FEBRUARY 9, 2004 |
| v. | |
| R. KIRKLAND, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant petition is ready for review on the merits.  However, in reviewing a copy of the state court records submitted by Respondent, the copy of the Fifth District Court of Appeals opinion, dated February 9, 2004, is incomplete.  It only contains a copy of the odd numbered pages.  Accordingly, within **five (5)** court days from the date of service of this order, Respondent is directed to re-submit a complete copy of the Court of Appeal's decision, dated February 9, 2004.

IT IS SO ORDERED.

Dated:   October 10, 2006           /s/ Sandra M. Snyder
icido3                               UNITED STATES MAGISTRATE JUDGE

1